UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| Jonathan Matthew Peace, | ) | |
|---|---|---|
| | ) | Cr. No.: 8:08-cr-00628-GRA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court on Petitioner's May 17, 2010 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.

This Court directs the United States Attorney to file a response to the Petition. This response is due within thirty (30) days of the entry of this Order. If transcripts are necessary, the United States Attorney may move the Court for an extension of time if good cause is shown.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

May 18, 2010
Anderson, South Carolina